UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER: 7 |
| | ) | |
| WANDA DENISE BREWTON CLAY, | ) | CASE NO.: 26-59083-BEM |
| | ) | |
| Debtor. | ) | |

**MOTION TO DEFER ENTRY OF DISCHARGE ORDER**

**COMES NOW** Debtor, by and through counsel and files the within "Defer Entry of Discharge Order," pursuant to Fed. R. Bankr. P. 4004(c)(2), and 11 U.S.C §727, and shows this Honorable Court the following:

1.

The Court has jurisdiction over this matter pursuant to 28 U.S.C §§157(c)(1) and 105(a).

2.

Debtor filed her Chapter 7 petition on July 13, 2026.

3.

Debtor's objection to discharge date is October 19, 2026, and Debtor believes that a discharge order could be entered prior the Chapter 7 Trustee concluding his investigation into potential assets.

**WHEREFORE**, Debtor prays:

a) That this "Motion to Defer Entry of Discharge Order" be read and considered.
b) That the Court extend the time to defer entry of order of discharge until November 7, 2026; and,
c) That the Debtor have such other and further relief as the Court may deem just and proper.

Date: October 19, 2026

/s/Stacey L Butler
Stacey L. Butler, GA Bar No. 468063
The Bankruptcy Law Group, LLC
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER: 7 |
| | ) | |
| WANDA DENISE BREWTON CLAY, | ) | CASE NO.: 26-59083-BEM |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of October 2026, I electronically filed the foregoing **Motion to Defer Entry of Discharge Order** using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**S. Gregory Hays - Chapter 7 Trustee**

I further certify that on this day I caused a copy of this document to be served via **United States First Class Mail, with Adequate Postage prepaid** on the following parties at the address shown for each.

Wanda Denise Brewton Clay
154 Crossing Drive
Stockbridge, GA 30281

(Creditor Matrix Attached)

Dated this 19th day of October 2026

/s/Stacey L. Butler
Stacey L. Butler, GA Bar # 468063
The Bankruptcy Law Group, LLC
155 Eagles Walk, Suite A
Stockbridge, GA 30281
770-389-0002
770-389-0012
***courtdocs@slblawgroup.com***
Attorney for WANDA DENISE BREWTON CLAY

Label Matrix for local noticing
113E-1
Case 26-59083-bem
Northern District of Georgia
Atlanta
Thu Oct 8 09:02:08 EDT 2026

AmeriCredit Financial Services, Inc. dba GM
P O Box 183853
Arlington, TX 76096-3853

Amex
American Express Customer Service, Attn:
P.O. Box 981535
El Paso, TX 79998-1535

Amex
Po Box 6789
Sioux Falls, SD 57117-6789

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899-8801

Barclays Bank Delaware
P.o. Box 8803
Wilmington, DE 19899-8803

Stacey L. Butler
The Bankruptcy Law Group, LLC
Suite A
155 Eagles Walk
Stockbridge, GA 30281-6342

Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One
Po Box 31293
Salt Lake City, UT 84131-0293

Capital One, N.A.
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Capitalone
Capital One, Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capitalone
Po Box 31293
Salt Lake City, UT 84131-0293

Citibank N.A.
Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

Citibank/The Home Depot
Citicorp Cr SrvsCentralized Bankruptcy
Po Box 790046
St Louis, MO 63179-0046

Citibank/The Home Depot
Po Box 6497
Sioux Falls, SD 57117-6497

(p)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

Wanda Denise Brewton Clay
154 Crossing Drive
Stockbridge, GA 30281-5882

(p)CREDIT CORP SOLUTIONS INC
121 W ELECTION RD
SANDY UT 84020-7766

Jeffrey Michael Fleming
Barrett Daffin Frappier Turner Engel LLP
Suite 100
4004 Belt Line Road
Addison, TX 75001-4320

Gm Financial
Attn: Bankruptcy
801 Cherry Street, Ste. 3500
Fort Worth, TX 76102-6854

Gm Financial
Po Box 181145
Arlington, TX 76096-1145

Whitney Groff
Barrett Daffin Frappier Turner & Engel,
4004 Belt Line Rd., Ste 100
Addison, TX 75001-4320

Grow Financial FCU
1242 East 5th Avenue
Tampa, FL 33605-4904

Grow Financial FCU
Attn: Bankruptcy
Po Box 89909
Tampa, FL 33689-0415

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305-4909

Lloyd & McDaniel PLC
1090 Northcase Pkwy
Ste 300
Marietta, GA 30067-6402

NCB Management Services, Inc.
P O Box 1099
Langhorne, PA 19047-6099

Navy Federal Credit Union
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22116-3000

Navy Federal Credit Union
Po Box 3700
Merrifield, VA 22119-3700

Navy Federal Credit Union Attn Bankruptcy
P.O. BOX 3000
MERRIFIELD, VA 22119-3000

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

PennyMac Loan Services, LLC
PennyMac Loan Services, LLC, Attn: Bankr
Po Box 514387
Los Angeles, CA 90051-4387

PennyMac Loan Services, LLC
Po Box 514387
Los Angeles, CA 90051-4387

(p)BARRETT DAFFIN FRAPPIER TURNER & ENGEL LL
4004 BELT LINE ROAD SUITE 100
ADDISON TX 75001-4320

Quantum3 Group LLC as agent for
Credit Corp Solutions Inc
PO Box 788
Kirkland, WA 98083-0788

(p)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

Syncb/Old Navy
Attn: Bankruptcy
Po Box 96506
Orlando, FL 32896-0001

Syncb/Old Navy
P.o. Box 8803
Wilmington, DE 19899-8803

Synchrony Bank
P O Box 71782
Philadelphia, PA 19176-1782

Synchrony Bank/Sams Club
Attn: Bankruptcy
Po Box 965065
Orlando, FL 32896-5065

Synchrony Bank/Sams Club
Po Box 71727
Philadelphia, PA 19176-1727

(p)US DEPARTMENT OF HOUSING AND URBAN DEVELOP
ATTN ROBERT ZAYAC
40 MARIETTA ST SUITE 300
ATLANTA GA 30303-2812

(p)UPGRADE INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422

Uplift, Inc.
121 W Election Road
Draper, UT 84020-7720

(p)UPLIFT INC
2 N CENTRAL AVE FL 10
PHOENIX AZ 85004-4422

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Citizens One
Attn; Bankruptcy
One Citizens Plaza
Providence, RI 02903

(d)Citizens One
One Citizens Bank Way
Johnston, RI 02919

Credit Corp Solutions, Inc.
121 Election Road
Ste 200
Draper, UT 84020

Pennymac Loan Services, LLC
c/o BDFTE, LLP
4004 Belt Line Rd., Suite 100
c/o BDFTE, LLP
Addison, TX 75001 United States

Republic Finance
7031 Commer Circle
Baton Rouge, LA 70809

(d)Republic Finance
Attn: Bankruptcy Dept
7031 Commerce Cir.
Baton Rouge, LA 70809

U S Department of Housing and Urban
Development
451 7th Street SW
Washington, DC 20410

Upgrade, Inc.
2 North Central Ave, 10th Flr
Phoenix, AZ 85004

(d)Upgrade, Inc.
Attn: Bankruptcy
275 Battery Street 23rd Floor
San Francisco, CA 94111

Uplift, Inc.
Attn: Bankruptcy
275 Battery Street 23rd Floor
San Francisco, CA 94111

End of Label Matrix
Mailable recipients 44
Bypassed recipients 0
Total 44